JEFFREY C. KRAUSE (STATE BAR NO. 94053)
H. ALEXANDER FISCH (STATE BAR NO. 223211)
STUTMAN, TREISTER & GLATT, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
Telecopy: (310) 228-5788
Email:    jkrause@stutman.com; afisch@stutman.com

[Proposed] Reorganization Counsel
For Debtors and Debtors in Possession

RICHARD A. CHESLEY (IL 6240877)
GREGORY S. OTSUKA (IL 6270388)
DLA PIPER LLP (US)
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601
Telephone: (312) 368-4000
Facsimile: (312) 236-7516
Email:   richard.chesley@dlapiper.com; gregory.otsuka@dlapiper.com

MEREDITH EDELMAN (CA 261602)
DLA PIPER LLP (US)
550 South Hope Street, Suite 2300
Los Angeles, California 90071
Telephone: (213) 330-7831
Facsimile: (213) 330-7631
Email: meredith.edelman@dlapiper.com

Attorneys for Houlihan Lokey Capital, Inc.

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>PACIFIC MONARCH RESORTS, INC.,<br>a California corporation,<br><br>        Jointly Administered<br>        Debtors and Debtors in<br>        Possession.<br><br><br><br><br>Affects:<br>☐ Pacific Monarch Resorts, Inc. Only<br>☐ Vacation Interval Realty, Inc. Only<br>☐ Vacation Marketing Group, Inc. Only<br>☐ MGV Cabo, LLC Only<br>☐ Desarrollo Cabo Azul, S. de R.L. de C.V. Only<br>☐ Operadora Mgvm S. de R.L. de C.V. Only<br>☒ ALL DEBTORS | Case No. 8:11-bk-24720-SC<br><br>Chapter 11<br><br>Jointly Administered with Case Nos.<br>8:11-bk-24724-SC; 8:11-bk-24725-SC;<br>8:11-bk-24727-SC; 8:11-bk-24729-SC;<br>8:11-bk-24731-SC<br><br>**DECLARATION OF MARK POST IN SUPPORT OF DEBTORS' APPLICATION UNDER BANKRUPTCY CODE §§ 327 AND 328(A) FOR AUTHORITY TO EMPLOY HOULIHAN LOKEY CAPITAL, INC. AS THE DEBTORS' INVESTMENT BANKER**<br><br><u>Hearing</u><br>Date: January 5, 2012<br>Time: 10:00 a.m.<br>Place: Courtroom 5C<br>         411 West Fourth Street<br>         Santa Ana, CA 92101 |

558576v3

I, Mark Post, declare as follows:

1. I am over 18 years of age and if called upon I would competently testify to the matters set forth herein from my own personal knowledge or from knowledge gathered from others within my review of relevant documents, or my opinion based upon my experience.

2. I am, and have been at all times relevant to this Declaration, the Chief Executive Officer and Chairman of the Board of Directors of Pacific Monarch Resorts, Inc. ("PMR"); the Chief Financial Officer, Secretary, and Director of Vacation Interval Realty, Inc.; the Chief Financial Officer, President, and Director of Vacation Marketing Group, Inc.; and the Managing Member of MGV Cabo, LLC; Desarrollo Cabo Azul, S. de R.L. de C.V.; and Operadora MGVM S. de R.L. de C.V. I refer to the foregoing entities collectively as the "Debtors" in this Declaration.

3. I was directly involved in the process that resulted in the selection of Houlihan Lokey Capital, Inc. ("Houlihan Lokey") as the Debtors' investment banker. With the advice of Mackinac Partners, I and the Debtors' boards of directors determined that the Debtors needed the services of an investment banker to evaluate all of the Debtors' restructuring options fully, and to solicit, negotiate, and consummate a sale, refinance, or restructuring transaction, if such a transaction was in the best interests of the Debtors and their creditors.

4. I participated in interviewing potential investment bankers and soliciting fee proposals from candidates. In addition to Houlihan Lokey, the Debtors considered and interviewed Jefferies & Company, Inc., Miller Buckfire, and Alvarez & Marsal as potential investment bankers. The Debtors considered the qualifications and financial cost of each potential investment banker, in addition to the specific experience of the firm and the individuals involved in the timeshare industry.

5. The Debtors selected Houlihan Lokey based on its extensive experience and expertise in the hospitality and timeshare industries, and the fact that Houlihan Lokey's fee proposal was within the range proposed by each of the firms interviewed. I also participated in the negotiation of the fee arrangement with Houlihan Lokey. In my business judgment, the final terms of the engagement are similar or better than the arrangements proposed by the other investment bankers that the Debtors considered engaging.

6. During the process of selecting Houlihan Lokey, I and the Debtors' boards were aware of and considered Houlihan Lokey's prior work for GMAC Commercial Finance, LLC ("GMAC"). I was aware that Houlihan Lokey performed services for GMAC with regard to GMAC's claims against the Debtors, as well as other borrowers involved in GMAC's timeshare loan portfolio. Houlihan Lokey resigned from that engagement with respect to the Debtors in December 2009. Based on these facts and my discussions with Houlihan Lokey, I was confident that Houlihan Lokey would represent only the interests of the Debtors in any dealings with GMAC. GMAC is not now a creditor of the Debtors, and I believe that Houlihan Lokey holds no interest that is materially adverse to the Debtors or their estates.

7. The Debtors and Houlihan Lokey entered into a second engagement agreement dated October 23, 2011 (the "Engagement Agreement"). The Engagement Agreement reflected, among other things, the parties', including RFAs, intent that Houlihan Lokey's "Sale Transaction Fee" would be a fixed amount based on the economics of the Original Engagement Letter. Notably, the Original Engagement Letter included incentive fees based on negotiated Aggregate Gross Consideration ("AGC") levels to be achieved in a sale process. The Debtors and RFA, in consideration of the level of AGC achieved under the proposed transactions, which was considerably in excess of the parties' expectations at the commencement of the engagement, agreed to the fixed fee structure in light of the subjective amount of the RFA credit bid and executed the Engagement Letter and a revised secured lender consent in support of the Engagement Letter.

8. The Engagement Agreement may be terminated by either party upon 30 days' written notice, and the Debtors anticipate that it is likely that they would terminate the Engagement Agreement, and thus cease the payment of Monthly Fees upon its termination, following the closing of a sale transaction, unless they Houlihan Lokey's services are still necessary.

IN WITNESS WHEREOF, I have executed this declaration under penalty of perjury under the laws of the United States of America this 23rd day of December 2011 at Laguna Hills, California.

_____
Mark Post

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1901 Avenue of the Stars, 12th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as **DECLARATION OF MARK POST IN SUPPORT OF DEBTORS' APPLICATION UNDER BANKRUPTCY CODE §§327 AND 328(A) FOR AUTHORITY TO EMPLOY HOULIHAN LOKEY CAPITAL, INC. AS THE DEBTORS' INVESTMENT BANKER** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 27, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On *December 27, 2011,* I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 27, 2011 | Joanne B. Stern | *Joanne B. Stern* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                **F 9013-3.1.PROOF.SERVICE**
558664v1

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Ronald K Brown    rkbgwhw@aol.com
- Frank Cadigan    frank.cadigan@usdoj.gov
- Christine R Etheridge    christine.etheridge@ikonfin.com
- H Alexander Fisch    afisch@stutman.com
- Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
- Marshall F Goldberg    mgoldberg@glassgoldberg.com
- Michael J Gomez    mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- Brian D Huben    brian.huben@kattenlaw.com, carole.levine@kattenlaw.com;donna.carolo@kattenlaw.com;laura.nefsky@kattenlaw.com
- Shawn C Luna    sluna@sidley.com, 2011-11-16T14:55:01.000
- Zachary Mosner    bcumosner@atg.wa.gov
- Michael S Neumeister    mneumeister@stutman.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Joshua D Wayser    joshua.wayser@kattenlaw.com, kim.johnson@kattenlaw.com
- Gilbert B Weisman    notices@becket-lee.com
- John D Whitcombe    gwtllp@gmail.com, cliu@gwtllp.com
- Scott H Yun    syun@stutman.com

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**

**Federal Express:**
The Honorable Scott Clarkson
United States Bankruptcy Court
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

**U.S. MAIL**

| | | |
|---|---|---|
| DEBTORS | Pacific Monarch Resorts, Inc.<br>23091 Mill Creek Dr.<br>Laguna Hills, CA 92653-1258 | Vacation Marketing Group, Inc.<br>23091 Mill Creek Dr.<br>Laguna Hills, CA 92653-1258 |
| Vacation Interval Realty, Inc.<br>23091 Mill Creek Dr.<br>Laguna Hills, CA 92653-1258 | MGV Cabo, LLC<br>23091 Mill Creek Dr.<br>Laguna Hills, CA 92653-1258 | Desarrollo Cabo Azul S. de R.L. de C.V.<br>23091 Mill Creek Dr.<br>Laguna Hills, CA 92653-1258 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*

558664v1

**F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| Operadora MGVM S. de R.L. de C.V.<br>23091 Mill Creek Dr.<br>Laguna Hills, CA 92653-1258 | UNSECURED CREDITORS COMMITTEE MEMBERS | Casablanca Express<br>Attn: James McClendon<br>6141 S. Rainbow Blvd., Suite 100<br>Las Vegas, NV 89118 |
| Travel Click, Inc.<br>Attn: Michael Hebeda<br>200 N. Martingale Road<br>Schaumburg, IL 60173 | Tahoe Seasons Resort Time Interval<br>Attn: Lorne Gallagher<br>23041 Avenida de la Carlota, Suite 400<br>Laguna Hills, CA 92653 | Counsel to the Committee:<br>Darren Brinkman<br>Brinkman Portillo, PC<br>4333 Park Terrace Drive, Ste. 205<br>Westlake Village, CA 91361 |
| MEXICAN TAXING AUTHORITIES | Secretaria de Hacienda y Crédito Pùblico<br>Palacio Nacional S/N, Plaza de la Constitución, Clonia Centro<br>Ciudad de México Distrito Federal | Secretaria de Hacienda y Crédito Pùblico<br>Boulevard 5 de Mayo No. 3704, Esq. Privada 37 Oriente,<br>Col.Anzures, C.P. 72530,<br>Puebla, Mexico |
| Secretaria de Hacienda y Crédito Pùblico<br>Calle Miguel Hidalgo s/n<br>Col. Matamoros<br>Cabo San Lucas, B.C.S.<br>C.P. 23400 MEXICO | Secretaria de Hacienda y Crédito Pùblico<br>Manuel García Vigil 709,<br>Centro, 68000 Oaxaca, Mexico | Secretaria de Hacienda y Crédito Pùblico<br>1 Oriente SN, Centro, 75820<br>Tehuacán, Puebla, Mexico |
| Secretaria de Hacienda y Crédito Pùblico<br>Hidalgo 206, Centro, 75200<br>Tepeaca, Puebla, Mexico | Secretaria de Hacienda y Crédito Pùblico<br>Nicolás Bravo SN, Acayucan Centro,<br>96000 Acayucan, Veracruz-Llave, Mexico | Procuraduria Federal del Consumidor<br>Claudia Méndez Vargas<br>Carr. Todos Santos entre Blvd Hidalgo y Col. Ejidal<br>Plaza Golden local 54 tercer piso<br>Cabo San Lucas, BCS Mexico |
| INSURED DEPOSITORY INSTITUTIONS AND SECURED CREDITORS | | |
| RFA PMR LoanCo, LLC<br>Clifton M. Dugas, II<br>Authorized Collateral Processing Agent<br>100 Crescent Court, Ste. 260<br>Dallas, TX 75201 | Dewey & LeBoeuf LLP<br>Sidney P. Levinson<br>David Smith<br>333 So. Grand Ave., Ste. 2600<br>Los Angeles, CA 90071-1530 | California Bank & Trust<br>c/o Frandzel Robins Bloom & Csato, L.C.<br>Michael G. Fletcher<br>6500 Wilshire Blvd., 17th Fl.<br>Los Angeles, CA 90048-4920 |
| California Bank & Trust<br>Attn: Sergio Alfonso, Auth. Officer<br>19200 Von Karman Ave., Ste. 140<br>Irvine, CA 92612 | First Hawaiian Bank Kona Branch<br>Attn: Victoria Hasty, Authorized Officer<br>74-5593 Palani Road<br>Kailua-Kona, HI 96740 | Fifth Third Bank<br>Attn: Bill Mulder<br>MD 10904A<br>38 Fountain Square Plaza<br>Cincinnati, OH 45202 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*

558664v1

**F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| Branch Bank & Trust<br>Attn: Matthew J. Grau<br>Capital Markets Corporate Banking<br>200 W. 2nd Street, 16th Floor<br>Winston-Salem, NC  27101 | BB&T Capital Markets<br>Attn: Paul Richardson, Auth. Officer<br>1133 Avenue of the Americas, 27th Fl,<br>New York, NY  10036 | Wells Fargo Bank, N.A.<br>Attn: Jennifer Davis, Auth. Officer<br>WF8113<br>PO Box 1450<br>Minneapolis, MN  55485-8113 |
| GOVERNMENTAL AGENCIES | Office of the U.S. Trustee<br>Attn: Frank Cadigan<br>411 West Fourth St., Ste. 9041<br>Santa Ana, CA  92701 | California Dept. of Real Estate<br>Attn: Gil Hatfield / Chris Carvin<br>2201 Broadway<br>Sacramento, CA  95818-7005 |
| California Dept. of Real Estate<br>c/o Raymond J. Gaskill, Esq.<br>Law Office of Raymond J. Gaskill<br>7 Westport<br>Irvine, CA  92620-2656 | Colorado Division of Real Estate<br>1560 Broadway, Ste. 925<br>Denver, CO  80202 | Nevada Real Estate Division<br>2501 E Sahara Ste 102<br>Las Vegas, NV  89104 |
| Texas Real Estate Commission<br>Stephen F Austin Bldg<br>1700 N Congress Ave., Ste. 400<br>Austin, TX  78701 | Utah Division of Real Estate<br>160 East 300 South, 2nd Fl.<br>PO Box 146711<br>Salt Lake City, UT  84111-2305 | Washington State Dept. of Licensing<br>PO 9034<br>Olympia, WA  98507-9034 |
| Washington State Dept of Revenue<br>PO Box 34051<br>Seattle, WA  98124-1051 | Employment Development Department<br>Bankruptcy Group MIC 92E<br>PO Box 826880<br>Sacramento, CA  94280-001 | Franchise Tax Board<br>PO Box 942857<br>Sacramento, CA  94257-0531 |
| Franchise Tax Board<br>Chief Counsel<br>PO Box 1720 MS A-260<br>Rancho Cordova, CA  95741-1720 | Franchise Tax Board<br>Bankruptcy Section MS A-340<br>PO Box 2952<br>Sacramento, CA  95812-2952 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  19104-7346 |
| REQUESTS FOR NOTICE | Katten Mutchen Rosenman LLP<br>c/o Thomas J. Leanse<br>Brian D. Huben / Jessica M. Mickelsen<br>2029 Century Park East, Ste 2600<br>Los Angeles, CA  90067-3012 | Morton M. Rosenfeld, Esq.<br>Rosenfeld, Wolff & Klein<br>1901 Avenue of the Stars, Ste. 500<br>Los Angeles, CA  90067 |
| John Whitcombe, Esq.<br>Greenberg, Whitcombe & Takeuchi<br>21515 Hawthorne Blvd., Suite 450<br>Torrance, CA  90503 | Peter A. Siddiqui, Esq.<br>Katten Muchin Rosenman LLP<br>525 West Monroe St.<br>Chicago, IL  60661-3693 | Christine R. Etheridge<br>Bankruptcy Administration<br>Ikon Financial Services<br>1738 Bass Rd<br>PO Box 13708<br>Macon, GA  31208-3708 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*

558664v1

**F 9013-3.1.PROOF.SERVICE**

Lee S. Attanasio, Shawn L. Luna
Sidley Austin LLP
555 W. Fifth St., Suite 4000
Los Angeles, CA 90013-1010

Realty Associates Fund IX, L.P.
c/o Ronald K. Brown, Jr.
Law Offices of Ronald K. Brown, Jr.
901 Dove St., Suite 120
New Port Beach, CA 9260

Zachary Mosner, Esq.
Assistant Attorney General
State of Washington
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188

Maurice Grayton
4351 33rd St
San Diego, CA 92104

SHAREHOLDERS

Carlton A. Post
c/o Pacific Monarch Resorts, Inc.
23091 Mill Creek Dr.
Laguna Hills, CA  92653-1258

Mark D. Post
c/o Pacific Monarch Resorts, Inc.
23091 Mill Creek Dr.
Laguna Hills, CA  92653-1258

DCA ONE, LLC
Carlton A. Post
c/o Pacific Monarch Resorts, Inc.
23091 Mill Creek Dr.
Laguna Hills, CA  92653-1258

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*

F 9013-3.1.PROOF.SERVICE

558664v1